# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | | |
|---|---|---|
| TWANKEY TODD, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:20-cv-02862-SHL-cgc |
| | ) | |
| STATE OF TENNESSEE, | ) | |
| | ) | |
|     Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE

Before the Court is Magistrate Judge Claxton's Report and Recommendation ("Report"), filed January 26, 2021. (ECF No. 6.) Dismissal of this action is recommended because the matter is time barred and fails to state a claim upon which relief may be granted. For the following reasons, the Report is **ADOPTED**, and this case is **DISMISSED WITH PREJUDICE**.

A magistrate judge may submit to a judge of the court proposed findings of fact and recommendations for involuntary dismissal of an action for failure to prosecute. 28 U.S.C. § 636(b)(1)(B). "Within 14 days after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2); see also 28 U.S.C. § 636(b)(1). A district court reviews de novo only those proposed findings of fact or conclusions of law to which a party specifically objects. Fed. R. Civ. P. 72(b)(3); see also 28 U.S.C. § 636(b)(1).

The deadline to object to the Report was February 9, 2021, and Plaintiff filed no objections. The Court has reviewed the Report for clear error and finds none. The Report outlines why Plaintiff's claims are time-barred, as well as the ways in which the allegations fail

to state legal claims.  Therefore, the Court **ADOPTS** the Magistrate Judge's Report.  Plaintiff's claim is **DISMISSED WITH PREJUDICE**.

    **IT IS SO ORDERED,** this 6th day of April, 2021.

s/ Sheryl H. Lipman  
SHERYL H. LIPMAN  
UNITED STATES DISTRICT JUDGE
